JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILAN BACOKA, SR., an individual and BERNARDICA BACOKA, an individual,<br><br>    Plaintiffs,<br><br>  vs.<br><br>BEST BUY CO., INC. a Minnesota corporation, SAMSUNG ELECTRONICS CO., LTD. a foreign corporation,<br><br>    Defendants. | Case No.: 2:18-cv-00866-R (JFMx)<br><br>**ORDER GRANTING CRUSADER'S EX PARTE APPLICATION TO REMAND** |
| CRUSADER INSURANCE COMPANY, a corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>BEST BUY CO., INC., a Minnesota corporation; B3D, LLC, dba B3D TRANSPORTATION, a limited liability company; and DOES 2 through 10, inclusive,<br><br>    Defendant. | |

**ORDER**

The Court has reviewed Plaintiff-in Intervention Crusader Insurance Company's Ex Parte Application for an Order Remanding This Case to State Court filed January 3, 2019 (Dkt. No. 100), and Plaintiffs Milan Bacoka Sr. and Bernardica Bacoka's Opposition to the Ex Parte Application filed January 4, 2019 (Dk. No. 101).

AND NOW, IT IS HEREBY ORDERED that this matter shall be remanded to state court.

IT IS SO ORDERED.

Dated: January 7, 2019

                                              Manuel L. Real
                                          United States District Judge

LEGAL\39516753\1